**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)*: _____ Chapter  11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | R3CYCLE Industries, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 83-2368958 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4417 Helms Road<br>Waxhaw, NC 28173<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Union<br>County | **Location of principal assets, if different from principal place of business**<br>4417 Helms Road Waxhaw, NC 28173<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    www.r3cycleindustries.com

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  R3CYCLE Industries, LLC _____  Case number (*if known*) _____

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____ When _____  Case number, if known _____

Debtor   R3CYCLE Industries, LLC _____   Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| 11. | Why is the case filed in this district? | Check all that apply: <br> ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No <br> ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number, Street, City, State & ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.   Insurance agency _____ <br>        Contact name _____ <br>        Phone _____ |

■ **Statistical and administrative information**

| | | | | |
|---|---|---|---|---|
| 13. | Debtor's estimation of available funds | Check one: <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | | |
| 14. | Estimated number of creditors | ☐ 1-49 <br> ☒ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
| 15. | Estimated Assets | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☒ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

Debtor  R3CYCLE Industries, LLC _____  Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/30/2025
             MM / DD / YYYY

X /s/ Julian Ochoa
Signature of authorized representative of debtor

Julian Ochoa
Printed name

Title  Owner/CEO

**18. Signature of attorney**

X /s/ John C. Woodman                     Date  6/30/2025
Signature of attorney for debtor                MM / DD / YYYY

John C. Woodman
Printed name

ESSEX RICHARDS PA
Firm name

1701 South Boulevard
Charlotte, NC 28203
Number, Street, City, State & ZIP Code

Contact phone  (704) -37-7-43x00    Email address  jwoodman@essexrichards.com

42365 NC
Bar number and State

# United States Bankruptcy Court
## Western District of North Carolina

In re  R3CYCLE Industries, LLC                         Case No. _____
                                    Debtor(s)          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Owner/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 06/30/2025

/s/ Julian Ochoa
Julian Ochoa/Owner/CEO
Signer/Title

```
4417 Helms Road
Waxhaw, NC 28173


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Attorney's Office
Western District of North Carolina
227 West Trade Street Suite 1650
Charlotte, NC 28202


John C. Woodman
1701 South Blvd.
Charlotte, NC 28203


N.C. Depart of Revenue/Bankruptcy Unit
P O Box 1168
Raleigh, NC 27602-1168


City-County Tax Collector
P O Box 31637
Charlotte, NC 28231


3BM Logistics, Inc.
3032 Whipcord Dr.
Waxhaw, NC 28173


5 Boro Green Servcies, LLC
10 Commercial Street
Hicksville, NY 11801


Active Waste
P.O. Box 28173
Waxhaw, NC 28173


AG Polymers
445 Hamilton Ave
White Plains, NY 10601


Allen Law Firm
2435 Plantation Center Dr., Ste. 205
Matthews, NC 28105


Amerigas
P.O. Box 45264
Westlake, OH 44145


ArborLife Logistics
1111 Grinnell Pl.
Bronx, NY 10474
```

Axle Logistics
P.O. Box 287
Columbia, SC 29202


Blackbridge Investment Group
c/o Marcus Domiguez
85 Broad St., 17-138
New York, NY 10004


Blackbridge Investment Group Fund I, LLC
450 7th Avenue
New York, NY 10001


Bruner & Bruner, PC
550 Bailey Avenue, Ste.310
Fort Worth, TX 76107


C2C Resources, LLC
3445 N. Causeway Blvd., Ste. 205
Metairie, LA 70002


Carolina Construction Equipment
6800 Waxhaw Hwy.
Waxhaw, NC 28173


Carolina Industrial Agency, Inc.
1905 Rice Rd., Ext. 111
Matthews, NC 28105


Christine Jones-Wolf
2121 Airline Dr., Ste. 520
Metairie, LA 70001


Coke Liberty Loan
725 East Erie Avenue
Philadelphia, PA 19134


Community First Bank, Inc.
3685 Blue Ridge Blvd.
Walhalla, SC 29691


Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703


Coyote Logistics
3445 N. Causeway Blvd., Ste. 205
Metairie, LA 70002


Cross River Bank
400 Kelby St.
Fort Lee, NJ 07024


CSU Producer Resources, Inc.
One Pierce Place, Ste. 725W
Itasca, IL 60143

```
CT Corporation System, as Rep.
330 N. Brand Blvd., Ste.700
Glendale, CA 91203


Curbside Management, Inc.
116 Woodfin Ave.
Woodfin, NC 28804


Curbside Management, Inc.
P.O. Box 3180
Asheville, NC 28802


David J. Austin
Austin, LLP
77 Water Street, 8thFloor
New York, NY 10005


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


DLL Group d/b/a De Lage Landen
1111 Old Eagle School Rd.
Wayne, PA 19087


DLL Group f/d/b/a De Lage Landen
26000 Cannon Rd.
Cleveland, OH 44146


Dogwood Bank / SBA
5955 Carnegie Blvd., Ste. 200
Charlotte, NC 28209


Duetsche Beverage + Process
6030 Airport Dr., Ste. 400
Charlotte, NC 28208


Duke Energy
P.O. Box 1094
Charlotte, NC 28201-1094


EPIC
101 Chase Ave., Ste. 101
Lakewood, NJ 08701


EPIC Advance
311 Boulevard of The Americas
Suite 203
Lakewood, NJ 08701


Ernest & Pamela Jordan
7710 Davis Road
Waxhaw, NC 28173
```

Express Employment Professionals  
7340 Smith Corners Blvd., #700  
Charlotte, NC 28269

Falls Lake Insurance / Stonewood Ins.  
P.O. Box 97488  
Raleigh, NC 27624-7488

FEDEX  
P.O. Box 5000  
Fogelsville, PA 18051

Fire Control Systems  
11515 Reames Rd.  
Charlotte, NC 28269

GFL Environmental  
489 Boone Trail  
North Wilkesboro, NC 28659

GPR Dallas, Inc.  
4007 Platinum Way  
Dallas, TX 75237

Honest Funding, LLC  
447 Broadway  
New York, NY 10013

ICW Group Insurance Companies  
15025 Innovation Dr.  
San Diego, CA 92128

Joe Walmark  
311 Boulevard of the Americas  
Lakewood, NJ 08701

John James  
2929 Allen Pkwy. Ste. 3300  
Houston, TX 77019

John T. Burns  
103 N. Main St.  
Monroe, NC 28112

John T. Szalan  
195 Church St., 13th Floor  
New Haven, CT 06510

Julian Ochoa  
9904 Sandy Rock Place, Apt. 3309  
Charlotte, NC 28227

K&V Dumpster Rental Services, LLC  
3735 Piney Grove Rd.  
Charlotte, NC 28212

```
Katelin E. Taylor
P.O. Box 18186
Charlotte, NC 28218


Kimball Midwest
4800 Roberts Road
Columbus, OH 43228


Landsoft, LLC
7011 NW 104th Ave.
Tamarac, FL 33321


Leviton Law Firm, Ltd.
One Pierce Place, Ste. 725 W
Itasca, IL 60143


Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071


McCarthy, Burgess & Woff
Attn: Colby Dixon
26000 Cannon Road
Cleveland, OH 44146-1807


Mcguire Wood & Bissette
48 Patton Avenue
Asheville, NC 28801


Medlin Ramps
14903 Marquardt Avenue
Santa Fe Springs, CA 90670


NC Department of Revenue / Bankruptcy Un
P.O. Box 1168
Raleigh, NC 27602-1168


NDR Pallet and Recycling
8731 Mt. Holly Rd.
Charlotte, NC 28214


Newman Earl Cook
8115 Denhome Dr.
Waxhaw, NC 28173


Parrell Products
401 Industry Road, Ste. 100
Louisville, KY 40208


Polytec, Inc.
P.O. Box 659
Mooresville, NC 28115


Pratt Recycling
P.O. Box 933949
Atlanta, GA 31193-3949
```

```
Prosperity Shipping
5680 Highway 6 Ste, 364
Missouri City, TX 77459


R3COVERY, LLC
4417 Helms Road
Waxhaw, NC 28173


R3CYCLE Industries, LLC
Attn: Julian Ochoa
4417 Helms Road
Waxhaw, NC 28173


Scrap Management
10612-D Providence Rd., #750
Charlotte, NC 28277


Selective Insurance
6210 Ardrey Kell Rd., Ste. 500
Charlotte, NC 28277


Shanghai Hangkei Trading Company
Room C, 14 Floor 309 Tanggu Road
Hongkou District, Shangai China


Steam Logistics, LLC
3250 Market St., Ste. 204
Chattanooga, TN 37402


Superior Scale, Inc.
2118 Carolina Place
Fort Mill, SC 29708


The Boswell Group
P.O. Box 3020
Monroe, NC 28173


The Organic Recycler (TOR)
550 Bailey Avenue, Ste. 220
Fort Worth, TX 76107


The Receivable Management Services, LLC
400 West Cummings Park, Ste. 4450
Woburn, MA 01801


Thomas & Thomas
2121 Airline Dr., Ste. 520
Metairie, LA 70001


TOR Texas, LLC d/b/a The Organic Recycle
c/o Lynne B. Frank, Atty.
5500 Bailey Avenue, Ste. 220
Fort Worth, TX 76107
```

TQL Total Quality Logistics
2323 Park Avenue
Cincinnati, OH 45206


Union County Tax Collector
500 N. Main St., #119
Monroe, NC 28112


Waste Disposal Solutions
2307 West Cone Blvd, Ste. 214
Greensboro, NC 27408


Waste Industries, LLC
P.O. Box 791519
Baltimore, MD 21279-1519


Waste Industries, LLC (GFL Environ.)
3344 Presson Rd.
Monroe, NC 28112


Wastequip (Toter)
P.O. Box 603008
Charlotte, NC 28260


Wedo Machinery, Inc.
Zhenbei Road, Leyu Town
Zhangjiagang City, Jiangsu Province, Chi


Wesley Brooks
One Pierce Place, Ste. 725 W.
Itasca, IL 60143


Wylie Clarkson
Clarkson & Hale, LLC
1044 Wildwood Centre Dr.
Columbia, SC 29229


Zahav Asset Managment (ZAM)
182 Grassy Plan Street
Second Floor, Ste. B
Bethel, CT 06801

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**R3CYCLE INDUSTRIES, LLC,**  )  Case No. 25-
)  Chapter 11
)
**Debtor.**  )
_____ )

## LIST OF EQUITY SECURITY HOLDERS

     Below is a list of the Debtor's equity security holders which is prepared in accordance with Bankruptcy Rule 1007(a)(3) for filing in this Chapter 11 case:

Julian Ochoa – Majority - Schedule K-1 recipient
Juan Garcia – Minority – Schedule K-1 recipient

Gregorio Batista, Jr. – Unknown

Convertible Noteholder
Andre Jansen

Date: June 30, 2025
Charlotte, NC

                                                       **ESSEX RICHARDS, P.A.**

                                                       */s/ John C. Woodman*___
                                                       John C. Woodman (NC Bar No. 42365)
                                                       1701 South Boulevard
                                                       Charlotte, North Carolina 28203
                                                       Tel: (704) 377-4300
                                                       Fax:  (704) 372-1357
                                                      E-mail: jwoodman@essexrichards.com
                                                      *Counsel for the Debtor*

                                                **R3CYCLE INDUSTRIES, LLC**

                                                    By: _____
                                                    Print Name: Julian Ochoa
                                                    Its: Member

## COMPANY RESOLUTION

I, the undersigned, being the member manager of R3CYCLE INDUSTRIES, LLC, a North Carolina limited liability company (the "Company"), do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting the Company:

**RESOLVED**, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

**FURTHER RESOLVED**, that the officer of the Company is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

**FURTHER RESOLVED**, that the retention on behalf of the Company of the law firm of Essex Richards, P.A.., upon such terms and conditions as the Officer of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

**FURTHER RESOLVED**, that any of the Officer of the Company are each severally authorized to retain on behalf of the Company such other professionals as the Officer of the Company deem necessary or appropriate, upon such terms and conditions as the Officer of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

**FURTHER RESOLVED**, that any of the Officer of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all actions taken by the Officer of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
June 30, 2025

R3CYCLE INDUSTRIES, LLC

By: _____

Print Name: Julian Ochoa
Its: Member

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **R3CYCLE INDUSTRIES, LLC,** | ) | Case No. 25- |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned for **R3CYCLE INDUSTRIES, LLC,** in the above captioned action, certifies that the following is a limited liability company, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

Julian Ochoa – Majority - Schedule K-1 recipient
Juan Garcia – Minority – Schedule K-1 recipient

Gregorio Batista, Jr. – Unknown                    Convertible Noteholder
                                                                          Andre Jansen


Date: June 30, 20205
Charlotte, NC

                                                            **ESSEX RICHARDS, P.A.**


                                                            */s/ John C. Woodman*
                                                            John C. Woodman (NC Bar No. 42365)
                                                            1701 South Boulevard
                                                            Charlotte, North Carolina 28203
                                                            Tel: (704) 377-4300
                                                            Fax: (704) 372-1357
                                                            E-mail: jwoodman@essexrichards.com
                                                            *Counsel for the Debtor*

                                                            R3CYCLE INDUSTRIES, LLC

                                                            By: _____
                                                            Print Name: Julian Ochoa
                                                            Its: Member